**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**ANDRES GOMEZ,**

    **Plaintiff**                                                        Case Number:  0:21-cv-60003-AHS

**Shoe Show, Inc.,**

    **Defendant**

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                                       Respectfully submitted,

Dated: February 12, 2021                              _/s/ Alberto R. Leal_.
                                                                   Alberto R. Leal
                                                                   Florida Bar No.: 1002345
                                                                   E-Mail: al@thelealfirm.com
                                                                   The Leal Law Firm, P.A.