UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-60003-CIV-SINGHAL

ANDRES GOMEZ,

    Plaintiff,

v.

SHOE SHOW, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Dismissal with Prejudice (DE [9]). The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney fees. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of February 2021.

                                                  RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF